5

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Terry L. Brewer as TERRY LAMONZIE BREWER

TERRY LAMONZIE BREWER

_____

_____

(Enter above full name of plaintiff or plaintiffs)

**CV422   264**

(5). v. Johnson State Prison - % Brian Chambers - Warden

(1). Coastal State Prison / c/o Aaron Pinerio / Warden

(2). Aaron Pinerio - Superintendent / Warden of Coastal State Prison

(3). T. Fletcher - Mental Health Director of Coastal State Prison

(4). DR. Fast - Mental Health PSY DR. of Coastal State Prison

(Enter above full name of defendant or defendants)

I.   Previous lawsuits

A.   Have you begun other lawsuits in state or federal court dealing with the same facts
involved in this action?                                     Yes _____   No X

If your answer to A is yes, describe each lawsuit in the space below.  (If there is more
than one lawsuit, describe the additional lawsuits on another piece of paper, using the
same outline.)

1.   Parties to this previous lawsuit:

Plaintiffs:   _____ N/A _____

Defendants:   _____

2.   Court (if federal court, name the district; if state court, name the county):

_____ N/A _____

3.   Docket number:   _____ N/A _____

4.   Name of judge assigned to case:   ___ N/A ___

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____ N/A _____

6. Approximate date of filing lawsuit: ____ N/A _____

7. Approximate date of disposition: ____ N/A _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?                    Yes ____ N/No ____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
                    Yes ____   No ✓

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

Plaintiffs: _____ N/A _____

Defendants: _____ N/A _____

2. Court (name the district):

_____ N/A _____

3. Docket number: _____ N/A _____

4. Name of judge assigned to case: ___ N/A _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____ N/A _____

6. Approximate date of filing lawsuit: ____ N/A _____

7. Approximate date of disposition: _____ N/A _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes _____ N/A No _____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? Yes _____ N/A No _____

1. If your answer to C is yes, name the court and docket number for each case:

_____ N/A _____          _____ N/A _____

II. Place of present confinement: Johnson State Prison- 290 Donovan-Harrison RD WRightsville Ga, 31096

A. Is there a prisoner grievance procedure in this institution? Yes XX No _____

B. Did you present the facts relating to your complaint to the appropriate grievance committee? Yes X No _____

C. If your answer to B is yes:

1. What steps did you take? I have taken Steps in Filling grievance, and witness statements and have put in counselor request Forms and have talk to Mental Health Counselor Aub Ms. Ga. Pepin with was my mental Health counselor at the Hlinc. I have also talk to Warden - Aaron Plaeino in writing and Face to Face about my concerdy).

2. What was the result? Aaron Pineiro-Super intendent/warden has denied all my grievances and other witness statements because Personal reasons he has on me because IM transgender. And he have discriminated me because IM transgender of my rights. And also this is the 2ed 1983 Civil Rights Forms I fill out and mail out to the Courts. The first First 1983 Civil Right Form was given to the mail-Room Officer on 9-18-2022 From coastal state Prison but was lost and never mailed out to this Court witch is a violation of Federal law.

3

3.  Did you appeal any adverse decision to the highest level possible in the
administrative procedure?                                   Yes ✔  No ____

If yes, what was the result? Still haven't got an answer from Regue .
on only one of my grievance Still 3more out there. on Coastal state prison
And I Filed a grievance on 11.03.2022 and on 11.04.2022 about Discrimination
of me being Transgender and on assaultes while here at Johnsun state prison

D.  If you did not utilize the prison grievance procedure, explain why not: _____
_____
_____ N/A _____

## III.  Parties

(In Item A below, list your name as plaintiff and current address.  Provide the name
and address of any additional plaintiffs on an attached sheet.)

A.  Name of plaintiff:   Terry L. Brewer
Address:          #1003098460- Johnson State . Prison
290 Donovan-Harrison RD.
Wrightsville GA, 31096

(In Item B below, list the defendant's full name, position, place of employment, and
current address.  Provide the same information for any additional defendants in Item
C below.)

B.  Name of defendant: (1) Coastal State Prison -
Position:          C/o Aaron Pineiro- superintendent - Warden
Place of employment:  G.D.O.C. - Coastal state Prison
Current address:   200 Gulf Stream RD.
Garden City, GA, 31418.

C.  Additional defendants: (2) Aaron Pineiro- superintendent-Warden - Coastal state Prison
200 Gulf Stream RD. Garden City Ga, 31418.
(3) T. Fletcher- Mental Health OPrictor - Coastal State Prison. 200 Gaulf Stream RD
Garden City GA, 31418.
(4) MR. DR. Fast- Mental Health PSY DR. Coastal state Prison-200 Gulf Steam RD
Garden city GA, 31418.  Both Ms. T. Fletcher, and Mr. DR. Fast. Refuse to give
me their Full names (5) Johnson State Prison %o Brian Chambers-Warden of Johnson state
Prison - 290 Donovan-Harrison RD. Wrightsville GA, 31096

IV.     Statement of Claim #1 of #3

State here as briefly as possible the FACTS in your case.  Describe how each
defendant is personally involved in the depriving you of your rights.  You must
include relevant times, dates, places, and names of witnesses.  DO NOT GIVE
LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.  If you intend to
allege a number of related claims, number and set forth each claim in a separate
paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On 05.10.2022, at 6:45pm in housing unit JC. I was assaulted by inmates Marquis Lashawn Nixon #1001326920 and unknown white man. Marquis Nixon grab my neck and pushd me and got hold of me again and halded me while the unknown white man stab me in my head, arm, and behind my ear, with a prison made knife. and used the handle of the prison made knife. and hit me in the Jawbone. and broken my jawbone all this on my left side. I was assaulted because IM transgender and because IM transgender in filing witnesses statements and grievances about this incident I recived poor medical treatment on my broken jawbone and my jaw nor my teeth are lining back together with the bit as be-for my jaw got broken. I was discriminated and denied proper medical treatment for my brokn jawbone. I was discriminated and denied proper investigations and charges to be made on the inmate(s) who assaulted me. and 4months and 2weeks later after being discriminated and denied of my rights of being transgender by Coastal State Prison-Aaron Pineiro-Superintendent/Warden 4days befor I got transfer thats when an Coastal State Prison Investigater calls me out to talk about my incident of me being assaulted 05.10.22 As of this date Nov, 6, 2022 My left jawbone is still broken and my teeth nor my bit is not lining up together like they was before my jaw got broken from the assault that happend on 05.10.2022. My rights of fair and good medical treatment was denied and discriminated because IM transgender. End of Claim #1 cier Statement of Claim #2. On 06.09.2022 at 9:30AM in housing unit E-C talking to my room-mate - Timothy James Haddock #1002931954-and nextdoor-mate Kenneth Brinson #1081832 Both are witnesses to sexual assault of me when inmate Joseph Lee Brown came behind me and grab my - Bottum-Ass and said damn that ass fat I should rape and kill me you. Faget bitch I then told LT. Brown about this incident and LT.-

5

Statement of Claim(s)

Claim #9 of #3

Continue of Claim #2 - of #3 - LT. Brown did nothing about my "PREA" Sexual assault and because of this on 6.12.2022 while talking to my home boy from my state and City in housing unit E-Building. I was assaulted by Joseph Lee Brown again Inmate Brown, Joseph Lee hit me in the head with a broom stick and we got to fighting and inmate Joseph Lee Brown was saying the whole time he will Kill me so I use a prison made knife someone gave me because my first assault on 05.10.2022 and I stab him in the arm 1 time just to get him off me. I have put in witnesses statement(s) and grievances) about this incident and nothing was done about this because I'm transgender my rights have been violated and I been discriminated because I'm transgender no proper investigations was made and no charges made on neither incident(s) I was discriminated and denied of my right(s) of being transgender and was denied proper mentel Health treatment From being Sexual assaulted "PREA". Mentel Health Director MS. T. Fletcher and Mentel Health Psy DR. Mr. Fast refuse to give me proper Mentel Health care and treatment after me being sexaul assaulted I have ask to be put in group counseling and programs that can help me but was denied on 08.22.2022 my mentel Health Counselor MS. G. Pepin that this was her last week at Coastal state Prison and that I need not to trust MST. Fletcher she's not for me and she may be out to get me Kill and I should Not trust her and IF I want to go home Safe get help and not to Trust MS. T. Fletcher and that on 08.26.2022 will be her MS. G. Pepin last day and she wish me well. To help on the grounds of discrimination and violation of my right(s) of being transgender I was a witness to a Fake "PREA" on 06.05.2022 at 6:00pm. Inmate: Jay Lee Carroll #1000431983. Lied and Said Inmate: Jaden Smith rape him and I was a witness to this they both was my room-mates in H-B #135. Because Jay Lee Carroll is a white boy his Fake PREA was reported and an outside investigator came and talk to me on 06.06.2022 by 10:45AM the next day this support my claim #3 of discrimination and deined of me being transgender and still to this date OF 11.06.2022 No PREA investigation made on my PREA on 06.09.2022. And no charges are made on my attacker Joseph Lee Brown. End of claim #2.

Claim #3 of #3    Claim #3 of #3. I'm a transgender and on 04.22.2022 at 9:15Am. I have been discriminated, violated and deined of my rights on me as a transgender. Administration staff(s), Aaron pineiro-superintendent/warden has violated and discriminated my right(s) of being transgender and deinal me of my personal care, Bra's, Panties, makeup, and other personal card(s) and clothing(s) for transgender(s) -

Statement of Claim(s)

Continue of claim #3

Being discriminated and deined of my personal feminine care becouse Im trans-gender violate(s) my right(s) state, Federal laws on Discrimination of transgender(s). And More important I have been discriminated and deind my Hormone Replacement I have put in over 9 requested forms and about my personal feminine care and Hormone Replacement treatment and don't recived no message are answer back Just when eskel about it they tell me I can't and will not get my feminine personal care, and my Hormone Replacement treatment becouse Im in a men prison thes and other transgender(s) Right(s) don't work in prison let alone a all men prison. this was told to me by staff(s) member(s) at coastal state prison by Aaron Pinero — superintendent/warden of coastal state prison. On 09.28.2022 at 10:04 Am at Johnson state prison I have been Discriminated and deined of my right(s) been Im transgender and been violated of these and all right(s) State, Federal, law(s). Of me being transgender, I have been deined and violated of my right(s) My Hormone Replacement(s) treatment(s) and other feminine personal care such as bros, panties, makeup and other clothing(s) and feminine personal care I was discriminated deined, and violated of these and all right(s) of me being transgender I also have been assaulted 2 times here at Johnson state prison becouse Im transgender on 10/03/2022 at Dinner time and or 10/10/2022 at Dinner time by 3 gange member(s) I have been a target while I been in prison becouse Im transgender and Im not from Georgia Im not safe in prison in no way and becouse Im transgender being deined and discriminated AB, violates my right(s) of being transgender In support my claim #3 from 04.22.2022 to 09.27.2022 my witness(s) are (1). Ashley Diamond who is transgender (2) Elijah James #1003545994 also Transgender (3). Courtney Jackson-whos also transgender can witness(s) to the Discrimination deinedt, and violation of our right(s) being transgender in Coastal state prison, and in GDOC. AB AB AB, staff(s) member(s) at Johnson state prison told me that I will not get my personal care, Feminine care nor my Bros, Panties, makeup personal clothing for transgender(s) I will not get here at Johnson state prison and transgender(s) don't have right(s) in prison this was told to me by staff(s) at Johnson state prison. This is Discrimination and violates my Right(s) as transgender And State, Federal Laws. End of claim(3)
        END of Claim #3.

V.    Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I'm asking the court to grant me the Following: (1) Full termination of employment of Aaron Pineiro - superintendent/warden of Coastal State Prison. (2) Ms. T. Flecher - Mental Health Director of coastal state prison, (3) Mr. OR. Fast psy Dir. of coastal state prison, (2) #3.6 million Dollars. (3). For all the laws and right(s) of Transgender(s) to Place in every GaDOC Prison(s), TC, Half-way House(s), Housing Unit(s), Dorm(s) to bring awareness of the law(s) and Right(s) - state and Fedrral of all LGBTQ Transgender(s) and to Stop Discrimination of Transgender(s) and LGBTQ. And to Show the Punishment by Fedral, State. Laws if Violatin of said Laws. On grounds of all 3 claims I'm asking the court to grant these request for the grounds of all 3 claims. Please and Thank You!

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24ᵗʰ day of August, 2022

Prisoner No. 1003078460

(Signature of Plaintiff)

Exp. 11-02-2024

6

I have been asking for copies but no one here at the Prison will help me.

Please Can you Send me a Stamp Filed Copie So I can have for my records

Please and Thank you

11.07.2022



NEOPOST
03/29/2022
US POSTAGE $000.53⁰
FIRST-CLASS MAIL
ZIP 30064
041L10412579

United States District Court
P.O. Box #8286
Savannah GA, 31412

RECEIVED

U.S. Marshals Service
Savannah Georgia

31412-828685

Terry L. Brewer #1003078460
Johnson state prison
290 Donovan-HarrBon Rd.
Wrightsville GA, 31096

Legal
Mail

2d time  Mailout  11.07.2022