IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TERRY L. BREWER,<br>a/k/a Myia Brewer<br>a/k/a Myia Lamonziyah Brewer,<br><br>    Plaintiff,<br><br>v.<br><br>WARDEN BRIAN CHAMBERS; TRAVIS PROSSER; CHABARA BRAGG; SGT. JACKSON; and CAPTAIN ROACH,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CV 323-007 |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 13th day of March, 2023, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE